# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY HOFMANN, : | CIVIL ACTION |
|       Plaintiff, : | |
| : | |
| v. : | |
| : | NO. 06-1252 |
| PHILADELPHIA EAGLES FOOTBALL : | |
| CLUB, EAGLES STADIUM : | DOCUMENT FILED |
| OPERATOR, LLC, SPORTSERVICE : | ELECTRONICALLY |
| CORP., DELAWARE NORTH : | |
| COMPANIES and PENN : | **JURY TRIAL DEMANDED** |
| SPORTSERVICE, INC. : | |

## GOVERNMENTAL DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1 OF DEFENDANT EAGLES STADIUM OPERATOR, LLC

Please check one box:

•     The nongovernmental corporate party, Eagles Stadium Operator, LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more if its stock.

X     The nongovernmental party, Eagles Stadium Operator, LLC, in the above listed civil action has the following parent company:

      Parent: Philadelphia Eagles Limited Partnership

                            Respectfully submitted,
                            **HOLLSTEIN KEATING CATTELL**
                            **JOHNSON & GOLDSTEIN, PC**

                            By: s/ Patrick J. McStravick (PJM 7852)

                            John E. Tyrrell (JET 3923)
                            Patrick J. McStravick
                            Hollstein Keating, et al.
                            1628 John F. Kennedy Blvd, Suite 2000
                            Philadelphia, PA 19103
                            (215) 320-3260
                            Fax: (215) 320-3261
                            pjm@hkcjg.com

{1275.00036:KH7820}

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY HOFMANN,<br>    Plaintiff,<br><br>v.<br><br>PHILADELPHIA EAGLES FOOTBALL CLUB, EAGLES STADIUM OPERATOR, LLC, SPORTSERVICE CORP., DELAWARE NORTH COMPANIES and PENN SPORTSERVICE, INC. | CIVIL ACTION<br><br><br>NO. 06-1252<br><br>DOCUMENT FILED ELECTRONICALLY<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

Governmental Disclosure was served upon the following counsel by first class mail:

Daniel S. Sweetser, Esquire
LOZIER, LAZZARO & SWEETSER, P.C.
4065 Quakerbridge Road
Suite 102
Princeton Junction, NJ 08550

         **HOLLSTEIN, KEATING, CATTELL**
         **JOHNSON & GOLDSTEIN, P.C.**

         By: s/ Patrick J. McStravick (PJM 7852)
         Hollstein Keating, et al.
         1628 John F. Kennedy Blvd, Suite 2000
         Philadelphia, PA 19103
         (215) 320-3260
         Fax: (215) 320-3261
         pjm@hkcjg.com

Date: May 2, 2006