*UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

| | | |
|---|---|---|
| JOY HOFMANN, | : | CIVIL ACTION |
|            Plaintiff, | : | |
| | : | |
|     v. | : | |
| | : | NO. 06-1252 |
| PHILADELPHIA EAGLES FOOTBALL | : | |
| CLUB, EAGLES STADIUM | : | DOCUMENT FILED |
| OPERATOR, LLC, SPORTSERVICE | : | ELECTRONICALLY |
| CORP., DELAWARE NORTH | : | |
| COMPANIES and PENN | : | **JURY TRIAL DEMANDED** |
| SPORTSERVICE, INC. | : | |

## <u>GOVERNMENTAL DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1<br>OF DEFENDANT EAGLES STADIUM OPERATOR, LLC</u>

Please check one box:

•        The nongovernmental corporate party, Eagles Stadium Operator, LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more if its stock.

X        The nongovernmental party, Eagles Stadium Operator, LLC, in the above listed civil action has the following parent company:

           <u>Parent:</u>  Philadelphia Eagles Limited Partnership

                                  Respectfully submitted,
                                    **HOLLSTEIN KEATING CATTELL<br>JOHNSON & GOLDSTEIN, PC**

                                    By:  <u>s/ Patrick J. McStravick (PJM 7852)</u>

                                    John E. Tyrrell (JET 3923)
                                    Patrick J. McStravick
                                    Hollstein Keating, et al.
                                    1628 John F. Kennedy Blvd, Suite 2000
                                    Philadelphia, PA 19103
                                    (215) 320-3260
                                    Fax: (215) 320-3261
                                    pjm@hkcjg.com

{1275.00036:KH7820}

Dockets.Justia.com