# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY HOFMANN, : | CIVIL ACTION |
|     Plaintiff, : | |
| : | |
| v. : | |
| : | NO. 06-1252 |
| PHILADELPHIA EAGLES FOOTBALL : | |
| CLUB, EAGLES STADIUM : | DOCUMENT FILED |
| OPERATOR, LLC, SPORTSERVICE : | ELECTRONICALLY |
| CORP., DELAWARE NORTH : | |
| COMPANIES and PENN : | **JURY TRIAL DEMANDED** |
| SPORTSERVICE, INC. : | |

## GOVERNMENTAL DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1 OF DEFENDANT "PHILADELPHIA EAGLES FOOTBALL CLUB"

Please check one box:

•     The nongovernmental corporate party, Philadelphia Eagles Football Club, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more if its stock.

•     The nongovernmental party, Philadelphia Eagles Football Club, in the above listed civil action has the following parent corporations or publicly held corporations that own 10% or more of its stock:

**NEITHER - IT IS A TRADE NAME**

        Respectfully submitted,
        **HOLLSTEIN KEATING CATTELL**
        **JOHNSON & GOLDSTEIN, PC**

        By: s/ Patrick J. McStravick (PJM 7852)

        John E. Tyrrell (JET 3923)
        Patrick J. McStravick
        Hollstein Keating, et al.
        1628 John F. Kennedy Blvd, Suite 2000
        Philadelphia, PA 19103
        (215) 320-3260
        Fax: (215) 320-3261
        pjm@hkcjg.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY HOFMANN,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHILADELPHIA EAGLES FOOTBALL CLUB, EAGLES STADIUM OPERATOR, LLC, SPORTSERVICE CORP., DELAWARE NORTH COMPANIES and PENN SPORTSERVICE, INC. | CIVIL ACTION<br><br><br>NO. 06-1252<br><br>DOCUMENT FILED ELECTRONICALLY<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing

Governmental Disclosure was served upon the following counsel by first class mail:

Daniel S. Sweetser, Esquire
LOZIER, LAZZARO & SWEETSER, P.C.
4065 Quakerbridge Road
Suite 102
Princeton Junction, NJ 08550

　　　　　　　　　　　　　　　　**HOLLSTEIN, KEATING, CATTELL**
　　　　　　　　　　　　　　　　**JOHNSON & GOLDSTEIN, P.C.**

　　　　　　　　　　　　　　　　By:  s/ Patrick J. McStravick (PJM 7852)
　　　　　　　　　　　　　　　　Hollstein Keating, et al.
　　　　　　　　　　　　　　　　1628 John F. Kennedy Blvd, Suite 2000
　　　　　　　　　　　　　　　　Philadelphia, PA 19103
　　　　　　　　　　　　　　　　(215) 320-3260
　　　　　　　　　　　　　　　　Fax: (215) 320-3261
　　　　　　　　　　　　　　　pjm@hkcjg.com

Date: May 2, 2006