# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY HOFMANN, : | CIVIL ACTION |
|     Plaintiff, : | |
| : | |
| v. : | |
| : | NO. 06-1252 |
| PHILADELPHIA EAGLES FOOTBALL : | |
| CLUB, EAGLES STADIUM : | DOCUMENT FILED |
| OPERATOR, LLC, SPORTSERVICE : | ELECTRONICALLY |
| CORP., DELAWARE NORTH : | |
| COMPANIES and PENN : | **JURY TRIAL DEMANDED** |
| SPORTSERVICE, INC. : | |

## GOVERNMENTAL DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1 OF DEFENDANT "PHILADELPHIA EAGLES FOOTBALL CLUB"

Please check one box:

•     The nongovernmental corporate party, Philadelphia Eagles Football Club, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more if its stock.

•     The nongovernmental party, Philadelphia Eagles Football Club, in the above listed civil action has the following parent corporations or publicly held corporations that own 10% or more of its stock:

    **NEITHER - IT IS A TRADE NAME**

    Respectfully submitted,
    **HOLLSTEIN KEATING CATTELL**
    **JOHNSON & GOLDSTEIN, PC**

    By: <u>s/ Patrick J. McStravick (PJM 7852)</u>

    John E. Tyrrell (JET 3923)
    Patrick J. McStravick
    Hollstein Keating, et al.
    1628 John F. Kennedy Blvd, Suite 2000
    Philadelphia, PA 19103
    (215) 320-3260
    Fax: (215) 320-3261
    pjm@hkcjg.com

{1275.00036:PJM0000}