**MATTIONI, LTD.**
BY:   Faustino Mattioni, Esquire
      George R. Zacharkow, Esquire
Identification No. 32816
399 Market Street, 2nd Floor
Philadelphia, PA 19106
Phone: (215) 629-1600
*Attorneys for Defendants Penn SportsService, Inc.*
*and Delaware North Companies*

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY HOFFMAN : | |
|     *Plaintiff* : | **Civil Action No.: 06-1252** |
| v. : | |
| PHILADELPHIA EAGLES : | |
| FOOTBALL CLUB, EAGLES : | Entry Of Appearance |
| STADIUM OPERATOR, LLC, : | |
| SPORTSERVICE CORPORATION, : | |
| DELAWARE NORTH COMPANIES : | |
| AND PENN SPORTSSERVICE, INC. : | |
|     *Defendants* : | |

## ENTRY OF APPEARANCE

To the Clerk:

    Please enter our appearance as attorneys for Defendants, Penn Sportservice, Inc. and Delaware North Companies in the above matter.

                MATTIONI, LTD

                BY:   ___s/ Faust Mattioni____
                         Faustino Mattioni
                         George R. Zacharkow

Dated: May 5, 2006

## CERTIFICATE OF SERVICE

_____I, FAUST MATTIONI, ESQUIRE, hereby certify that a true and correct copy of the Entry of Appearance of Faust Mattioni and George R. Zacharkow on behalf of Defendants, Penn Sportservice, Inc. and Delaware North Companies was served via first class mail on May 5, 2006 to the following attorneys:

Daniel S. Sweetser, Esquire
Lozier, Lazzaro & Sweetser, PC
4065 Quakerbridge Road,
Suite 102
Princeton Junction, New Jersey 08550

John E. Tyrrell, Esquire
Hollstein Keating
Eight Penn Center
1628 JFK Blvd., Suite 2000
Philadelphia, PA 19103

　　　　　　　　　　　　　　　　　　____s/ Faustino Mattioni_____
　　　　　　　　　　　　　　　　　　　　　FAUSTINO MATTIONI