## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY HOFMANN,             : | CIVIL ACTION |
|       Plaintiff,   : | |
|                          : | |
| v.                       : | |
|                          : | NO. 06-1252 |
| PHILADELPHIA EAGLES FOOTBALL : | |
| CLUB, EAGLES STADIUM      : | DOCUMENT FILED |
| OPERATOR, LLC, SPORTSERVICE : | ELECTRONICALLY |
| CORP., DELAWARE NORTH     : | |
| COMPANIES and PENN        : | **JURY TRIAL DEMANDED** |
| SPORTSERVICE, INC.        : | |

### ENTRY OF APPEARANCE

TO THE CLERK:

    Please enter the appearance of **John E. Tyrrell, Esquire as lead counsel** on behalf of the defendants Eagles Stadium Operator, LLC and Philadelphia Eagles Football Club in the above captioned matter.

                          Respectfully submitted,

                          **HOLLSTEIN, KEATING, CATTELL**
                          **JOHNSON & GOLDSTEIN, P.C.**

                          By:
                           s/ John E. Tyrrell (JET 2085)
                          Hollstein Keating, et al.
                          1628 John F. Kennedy Blvd, Suite 2000
                          Philadelphia, PA 19103
                          (215) 320-3260
                          Fax: (215) 320-3261
                          jtyrrell@hollsteinkeating.com

Date: May 10, 2006

{1275.00036:KH7897}

Dockets.Justia.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY HOFMANN,<br>    Plaintiff,<br><br>  v.<br><br>PHILADELPHIA EAGLES FOOTBALL CLUB, EAGLES STADIUM OPERATOR, LLC, SPORTSERVICE CORP., DELAWARE NORTH COMPANIES and PENN SPORTSERVICE, INC. | CIVIL ACTION<br><br><br>NO. 06-1252<br><br>DOCUMENT FILED ELECTRONICALLY<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Entry of Appearance was served upon the following counsel by first class mail:

Daniel S. Sweetser, Esquire
LOZIER, LAZZARO & SWEETSER, P.C.
4065 Quakerbridge Road
Suite 102
Princeton Junction, NJ 08550

George R. Zacharkow, Esquire
MATTIONI LTD.
399 Market Street, 2nd Floor
Philadelphia, PA 19106

**HOLLSTEIN, KEATING, CATTELL JOHNSON & GOLDSTEIN, P.C.**

<u>s/ John E. Tyrrell (JET 2085)</u>
Hollstein Keating, et al.
1628 John F. Kennedy Blvd, Suite 2000
Philadelphia, PA 19103
(215) 320-3260
Fax: (215) 320-3261
jtyrrell@hollsteinkeating.com

Date: <u>May 10, 2006</u>