```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA


JOY HOFFMAN,                     :
             Plaintiff,          :    CIVIL ACTION
                                 :
       v.                        :
                                 :
PHILADELPHIA EAGLES, et al.      :
             Defendants          :    NO. 06-1252
```

                         SCHEDULING ORDER

AND NOW, this 13th day of June, 2006, following a Rule 16 status conference in the above captioned case, IT IS HEREBY ORDERED that:

      1. All discovery shall proceed forthwith and continue in such manner as will assure that all requests for, and responses to, discovery will be served, noticed and completed by Friday, November 3, 2006.

      2. The plaintiff shall serve expert reports on or before Monday, December 4, 2006.

      3. The defendants shall serve expert reports on or before Thursday, January 4, 2007.

      4. Any <u>Daubert</u> motion, summary judgment motion, or other dispositive motion, together with supporting brief, shall be filed on or before Friday, January 19, 2007.

Dockets.Justia.com

  5. The case is referred to Magistrate Judge David R. Strawbridge for a settlement conference to be held after August 1, 2006.

  6.  The Court will hold a telephone conference with counsel on Monday, January 29, 2007 at 4:30 p.m. to discuss scheduling the remainder of the case.  Counsel for the plaintiff shall initiate the call.

        BY THE COURT:


        /s/ Mary A. McLaughlin
        MARY A. McLAUGHLIN, J.