IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOY HOFFMAN, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 06-1252 |
| SPORTSERVICE CORPORATION, et al., | : | |
| Defendant | : | |

**NOTICE**

To:     Counsel of Record

TAKE NOTICE that a **Telephone Conference re: case status and to discuss a possible settlement conference date** is scheduled in the above-captioned matter with Magistrate Judge David R. Strawbridge for **Friday, June 30, 2006 at 9:30 a.m.** Counsel for the plaintiff is to initiate the call.

/s/ Sharon A. Hall
Sharon A. Hall
Deputy Clerk
267-299-7790 - phone

Date:   June 14, 2006

Copies of notice mailed to counsel by chambers.