IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOY HOFFMAN, | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 06-1252 |
| SPORTSERVICE CORPORATION, et al., | : | |
| Defendant | : | |

O R D E R

      Pursuant to the Order of the Honorable Mary A. McLaughlin, a settlement conference will be held in Chambers before the Honorable David R. Strawbridge in Room 4006, 4th Floor, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106 on **September 5, 2006** commencing at **10:00 a.m.**

      Counsel responsible for this matter **must appear in person** with their respective party or their party's representative **with full settlement authority**. The Court will grant an exception to this requirement **only** upon the showing of good cause or exceptional circumstances.

      The Court fully expects that the parties have a serious interest in pursuing settlement. Prior to the conference but not later than **August 25, 2006**, counsel for plaintiff is to set out to defendant a written good faith demand. The defendant is to respond within one week of the receipt of the demand as is then to initiate a discussion with opposing counsel regarding the parties' settlement positions. The Court expects the parties to be fully prepared to discuss all issues relevant to the settlement process.

      The parties are directed to submit to the Court on or before **August 28, 2006**, a settlement memorandum of no more than four (4) typed double-spaced pages, setting out the following in order:

      1.    The names, telephone numbers, facsimile numbers and e-mail addresses of counsel to appear at the conference on behalf of the party;

2. The name of the party or the party's representative, including insurer if applicable (with title or position) to appear at the conference;

3. The status of any pending motions;

4. The status of discovery;

5. A brief statement of the elements and manner of proof of the party's claims and/or defenses;

6. A brief statement of the party's damages and manner of proof of their damages or, as appropriate, its position on damages claimed by any opposing party;

7. The last demand and/or offer; and

8. Any other matters that counsel believe may be relevant to settlement discussions.

The Court finds that diagrams, photos, schematics and particularly relevant documents are often helpful and their submission is encouraged. If any documents are over five (5) pages in length, counsel shall highlight or otherwise draw particular attention to the critically relevant portion of the document.

Settlement conference memoranda are to be exchanged and submitted to chambers, but need not be filed with the Clerk of Court. If counsel feel further communication with the Court is necessary on an ex parte basis, they may submit brief and separate ex parte communications disclosing only the fact that they have done so to opposing counsel.

BY THE COURT:

/s/ David R. Strawbridge
David R. Strawbridge
United States Magistrate Judge
267-299-7790 - telephone
267-299-5065 - facsimile

Date: 6/30/06