UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY HOFMANN,<br>　　　　Plaintiff, | : CIVIL ACTION<br>:<br>: |
| v. | : NO. 06-1252 |
| PHILADELPHIA EAGLES FOOTBALL<br>CLUB, EAGLES STADIUM OPERATOR,<br>LLC, SPORTSERVICE CORP.,<br>DELAWARE NORTH COMPANIES and<br>PENN SPORTSERVICE, INC. | : **JURY TRIAL DEMANDED**<br>:<br>: DOCUMENT ELECTRONICALLY FILED<br>:<br>: |

**SUBSTITUTION OF APPEARANCE
AND DEMAND FOR TRIAL FOR TWELVE JURORS**

**TO THE CLERK:**

Kindly substitute the appearance and demand of a jury trial of twelve (12) jurors of George R. Zacharkow, Esquire for that of John E. Tyrrell, Esquire and Patrick J. McStravick, Esquire on behalf of Defendants, Eagles Stadium Operator, LLC and Philadelphia Eagles Football Club in the above-captioned matter.

Mr. Zacharkow will continue to represent defendants Delaware North Companies, Sportservice Corporation, and Penn Sportservice, Inc.

| HOLLSTEIN, KEATING CATTELL<br>JOHNSON & GOLDSTEIN, P.C.<br><br>_/s/ John E. Tyrrell_<br>JOHN E. TYRRELL, ESQUIRE | MATTIONI LTD<br><br>_/s/ George R. Zacharkow_<br>GEORGE R. ZACHARKOW<br>399 MARKET ST 2ND FL<br>PHILADELPHIA, PA 19106<br>215-629-1600<br>Fax: 215-923-2227<br>Email: gzachark@mattioni.com |
|---|---|

{1275.00036:PJM0499}

1

HOLLSTEIN KEATING CATTELL
JOHNSON & GOLDSTEIN, P.C.

/s/ Patrick J. McStravick (PJM 7852)
Hollstein Keating, et al.
1628 John F. Kennedy Blvd, Suite 2000
Philadelphia, PA 19103
(215) 320-3260
Fax: (215) 320-3261
pjm@hkcjg.com