## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOY HOFMANN,<br>　　　　　Plaintiff,<br><br>　　v.<br><br>PHILADELPHIA EAGLES FOOTBALL CLUB, EAGLES STADIUM OPERATOR, LLC, SPORTSERVICE CORP., DELAWARE NORTH COMPANIES and PENN SPORTSERVICE, INC. | CIVIL ACTION<br><br><br>NO. 06-1252<br><br>DOCUMENT FILED ELECTRONICALLY<br><br>**JURY TRIAL DEMANDED** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Substitution of Appearance was served upon the following counsel by facsimile and electronic service:

| | |
|---|---|
| Daniel S. Sweetser, Esquire<br>LOZIER, LAZZARO & SWEETSER, P.C.<br>4065 Quakerbridge Road<br>Suite 102<br>Princeton Junction, NJ 08550 | George R. Zacharkow, Esquire<br>MATTIONI LTD.<br>399 Market Street, 2nd Floor<br>Philadelphia, PA 19106 |

**HOLLSTEIN, KEATING, CATTELL JOHNSON & GOLDSTEIN, P.C.**

s/ Patrick J. McStravick (PJM 7852)
Hollstein Keating, et al.
1628 John F. Kennedy Blvd, Suite 2000
Philadelphia, PA 19103
(215) 320-3260
Fax: (215) 320-3261
pjm@hkcjg.com

Date: August 31, 2006

{1275.00036:PJM0015}

Dockets.Justia.com